# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FEKADE ALEMU,<br><br>       Defendant. | Case No. 2:22-mj-00692-EJY<br><br>**ORDER** |

IT IS THEREFORE FURTHER ORDERED that this case is closed.

DATED this 12th day of April, 2023.

                                                      _____<br>
                                                      UNITED STATES MAGISTRATE JUDGE